**Dismiss and Opinion Filed January 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00053-CR

**RAY TREVINEO MARTINEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F13-33091-I**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

Ray Trevineo Martinez pleaded guilty to felony driving while intoxicated and pleaded true to two enhancement paragraphs. Pursuant to a plea agreement, the trial court assessed punishment at twenty-five years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant has no right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.[1]

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140053F.U05

---

[1] The section of the trial court's judgment dealing with the enhancement paragraphs has "n/a" as to both the pleas and findings. Based on the documents before the Court, the "n/a" notations are incorrect. Ordinarily, the Court would modify the judgment to correct the clerical errors. However, because we have no jurisdiction over the appeal, we cannot modify the judgment. The error can be corrected by the trial court with a judgment nunc pro tunc.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RAY TREVINEO MARTINEZ, Appellant

No. 05-14-00053-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F13-33091-I.
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered January 31, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE